

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ERIC DEJUAN JONES, # 50222**                                                      **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 2:24cv49-KS-MTP**

**VANESSA JONES, JOSEPH L. TURNEY,
GEORGE T. HOLMES, ZAKIS D.
CHAMBERLAIN, and JOHN DOES**                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE